**Order filed August 4, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00447-CV

———————

### CITY OF HOUSTON, TEXAS, Appellant

### V.

### ISABEL MEJIA AND ROSA MEJIA, Appellee

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 18-CV-0756**

---

## ORDER

This appeal is related to an appeal previously filed in this court: No. 14-19-00559-CV, *City of Houston, Texas  v. Isabel Mejia and Rosa Mejia*. Appellant has filed a motion requesting the record from the previous appeal be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of the appellate record in appeal number 14-19-00559-CV into this appeal.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.